## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

TAD MASON,                      )
                                )
              Plaintiff,        )
vs.                             )           NO. CIV-05-1383-HE
                                )
JAMES A. YATES, ET AL.,         )
                                )
              Defendants.       )

## ORDER

This case is before the Court on the Report and Recommendation of Magistrate Judge Gary M. Purcell. [Doc. #7]. Plaintiff, a Hawaii prisoner appearing pro se, brings this action pursuant to 42 U.S.C. § 1983. Consistent with 28 U.S.C. § 636(b)(1)(B), the matter was referred to Judge Purcell for review. On January 5, 2006, Judge Purcell issued his Report and Recommendation, recommending that the claims against defendants Karla Estrada and Karl Stansel be dismissed for lack of personal jurisdiction.

No party has objected to the Report and Recommendation. Therefore, further review of the issues contained therein is waived. United States v. One Parcel of Real Prop., 73 F.3d 1057, 1059-60 (10th Cir. 1996). See 28 U.S.C. § 636(b)(1)(c); LCvR72.1(a). For this reason, and for the reasons contained in the Report and Recommendation, the court concludes this case should be dismissed as to defendants Estrada and Stansel based on a lack of personal jurisdiction.

Accordingly, the Report and Recommendation is **ADOPTED** in its entirety. The case is **DISMISSED** as to defendants Estrada and Stansel.

**IT IS SO ORDERED**.

Dated this 9th day of February, 2006.

JOE HEATON
UNITED STATES DISTRICT JUDGE